**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** <u>26-85-REW-MAS</u>

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**


**V.**                                      <u>**MOTION OF UNITED STATES**</u>
                                  <u>**FOR ISSUANCE OF ARREST WARRANT**</u>


**JEREMY BRANN**                                                        **DEFENDANT**

*     *     *     *     *

The United States moves for the issuance of an arrest warrant for the presence of

the Defendant, **JEREMY BRANN**, returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By:        <u>s/Erin M. Roth</u>
           Assistant United States Attorney
           260 W. Vine Street, Suite 300
           Lexington, Kentucky 40507-1612
           (859) 685-4872
           Erin.Roth@usdoj.gov